**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| Kathy Laughlin,<br><br>                Plaintiff,<br>   v.<br><br>Commercial Recovery Systems, Inc.,<br><br>                Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No.: 4:12-cv-02370<br>:<br>:<br>:<br>: |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

    Kathy Laughlin ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 16, 2013

                                          Respectfully submitted,

                                          By /s/ Jody B. Burton

                                          Jody B. Burton, Esq.
                                          Bar No.: 71681
                                          LEMBERG & ASSOCIATES L.L.C.
                                          1100 Summer Street, 3rd Floor
                                          Stamford, CT 06905
                                          Telephone: (203) 653-2250
                                          Facsimile: (203) 653-3424
                                          E-mail: jburton@lemberglaw.com
                                          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 16, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By  /s/ Jody B. Burton
                                                     Jody B. Burton