UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KATHY LAUGHLIN, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-12-2370 |
| COMMERCIAL RECOVERY SYSTEMS, INC. | § § § | |
| *Defendant*. | § | |

## ORDER

Plaintiff's notice of withdrawal of complaint and voluntary dismissal of action with prejudice (Dkt. 7) is GRANTED.

It is further ORDERED that the conditional order of dismissal (Dkt. 6) is VACATED.

Signed at Houston, Texas on April 17, 2013.

_____
Gray H. Miller
United States District Judge